# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Anthony L. Harris**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:20-cv-00565-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Raven Dawn Mac, et al.**,** | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on September 20, 2023.

September 20, 2023

Katherine Hord Simon, Clerk
United States District Court